UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> SANDRA JIMENEZ, <br><br> Defendant. | No. C 06-02735 SBA <br><br> **ORDER** <br><br> [DOCKET NO.5] |

Having reviewed Plaintiff's Ex Parte Application to Continue Case Management Conference [Docket No. 5] and good cause appearing,

IT IS HEREBY ORDERED THAT the Case Management Conference, currently scheduled for September 14, 2006, at 2:30 p.m. is CONTINUED to November 15, 2006, at 3:15 p.m. All other dates and deadlines shall be as specified in the Federal Rules of Civil Procedure or Local Rules based upon the new Case Management Conference date.

IT IS FURTHER ORDERED THAT Plaintiffs shall serve Defendant with the complaint and summons no later than October 6, 2006, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: 9/6/06

SAUNDRA BROWN ARMSTRONG
United States District Judge