Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.;
ELEKTRA ENTERTAINMENT GROUP
INC.; UMG RECORDINGS, INC.;
INTERSCOPE RECORDS; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and BMG MUSIC, a New York general partnership,<br><br>                Plaintiffs,<br><br>   v.<br><br>SANDRA JIMENEZ,<br><br>                Defendant. | Case No. C 06-02735 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in default, Defendant Sandra Jimenez ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00)

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Scar Tissue," on album "Californication," by artist "Red Hot Chili Peppers" (SR# 174-922);
- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Kiss You," on album "Didn't See Me Coming," by artist "Keith Sweat" (SR# 293-086);
- "Never Make A Promise," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
- "Spiderwebs," on album "Tragic Kingdom," by artist "No Doubt" (SR# 206-724);
- "November Rain," on album "Use Your Illusion I," by artist "Guns N Roses" (SR# 134-647);
- "Smile," on album "Lonely Grill," by artist "Lonestar" (SR# 187-003);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

1  Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has
2  downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall
3  destroy all copies of those downloaded recordings transferred onto any physical medium or device in
4  Defendant's possession, custody, or control.

7  Dated:  7/26/07                  By:    *Saundra B Armstrong*
                                           Honorable Saundra Brown Armstrong
8                                          United States District Judge

[PROPOSED] DEFAULT JUDGMENT AND INJUNCTION
CASE NO. C 06-02735 SBA
#27426 v1